**EXHIBIT B**

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156



# ınvıtatıon

# RENTAL AGREEMENT

This **Residential Rental Agreement** (called the "**Lease**") is entered into on 7/15/2019 ("Effective Date") by and between ___2017-2 IH Borrower LP___ ("Landlord"); and

| | |
|---|---|
| Resident's Name: Solange Rutledge | Resident's Name: |
| Primary Phone #: 424-283-1214 | Primary Phone #: |
| Resident's Name: Phillip Cooley | Resident's Name: |
| Primary Phone #: 4245529947 | Primary Phone #: |
| Resident's Name: Richard Brown | Resident's Name: |
| Primary Phone #: 5625445245 | Primary Phone #: |
| Resident's Name: | Resident's Name: |
| Primary Phone #: | Primary Phone #: |

(collectively, "**Resident**" whether one or more).

Base Rent:

| Period | | | Amount |
|---|---|---|---|
| 07/16/2019 | to | 07/15/2020 | $ 3,375.00 |
| 07/16/2020 | to | 07/15/2021 | $ 3,561.00 |

**Residence Address:** 1221 E Roosevelt Rd, Long Beach, CA 90807

| MONTHLY RENTAL CHARGES | | MOVE-IN COSTS, DEPOSITS, AND FEES | |
|---|---|---|---|
| Rent | $ 3,375.00 | **Refundable Security Deposit** | $ 6,750.00 |
| Pet Rent | $ 0.00 | **Refundable Pet Deposit** | $ 0.00 |
| Pool Service | $ 0.00 | **Initial Rent Payment** | $ 1741.94 |
| Landscaping Service | $ 0.00 | **Hold Fee** | $ 500.00 |
| Smart Home | $ 0.00 | **TOTAL MOVE-IN COSTS** | $ 7991.94 |
| Amenity / Appliance Fee | $ 0.00 | | |
| Other | | | |
| TOTAL MONTHLY RENT | $ 3375.00 | | |

California_Lease_2018UNLv.1.03.1

Page 1 of 40

Confidential and Proprietary - ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

1.    **RENTAL PROPERTY.** Resident agrees to rent from Landlord and Landlord agrees to rent to Resident the real property and any other improvements at the address specified on Page 1 of this Lease (collectively, the **"Residence"** or **"Premises"**).

2.    **OCCUPANTS.** In addition to Resident, the following individuals will also reside at the Residence ("**Occupants**"): __N/A_____

_____.

   **2.1.**    Resident represents, warrants, and covenants that all persons who will reside at the Residence as Occupants are listed above. All Occupants over the age of eighteen (18) are subject to the same criminal background approval required of Residents. No one else may occupy the Residence. Persons not listed above must not stay in the Residence for more than seven (7) consecutive days without Landlord's prior written consent, and no more than thirty (30) days in a calendar year. Any new resident or occupant will require the prior written acceptance and approval of Landlord. If an occupancy change is accepted and approved by Landlord during the Lease Term, a new lease or an amendment to this Lease shall be executed to memorialize such occupancy change as required by Landlord. All references in this Lease to "**Resident Parties**" shall include Resident, the Occupants, and any guests or invitees of Resident or the Occupants.

3.    **LEASE TERM.**    The term of this Lease (the **"Lease Term"**) shall commence on __07/16/2019_____ (the **"Commencement Date"**) and end on __07/15/2021_____ at 5:00 p.m. local time where the Residence is located. Resident shall vacate the Residence immediately upon termination of the Lease unless: (a) Landlord and Resident have extended this Lease in writing or signed a new rental agreement, or (b) a month-to-month tenancy is created pursuant to the following paragraph.

   **3.1.**    **MONTH-TO-MONTH TENANCY.** The Lease Term shall become month-to-month if, upon expiration of the initial Lease Term, the Lease Term has not otherwise been terminated, extended, or renewed. Landlord may increase the monthly Rent by giving Resident written notice of such increase at least thirty (30) days prior to the commencement of the rental period for which the adjustment will apply. Resident may remain in possession of the Residence and the tenancy will then be on a month-to-month basis at the increased monthly Rent rate and subject to all of the terms and conditions of this Lease until either party terminates the tenancy in accordance with this Lease and Applicable Law. The term "**Applicable Law**" shall mean all laws, ordinances, directives, temporary orders, and rules and regulations enacted now or hereinafter by any governmental authority with jurisdiction over the Residence.

   **3.2.**    **NOTICE TO VACATE.** At the expiration of the Lease Term, either party may terminate the Lease by providing at least sixty (60) days advance written notice (thirty (30) days for a month-to-month tenancy) to the other party. Rent shall be due and payable through the end of the notice period or the expiration of the Lease Term, whichever occurs later. Resident's failure to provide the full sixty (60) days' advance notice of intent to terminate the Lease (thirty (30) days for a month-to-month lease) will result in Resident being charged for the balance of the notice period in an amount equal to the daily pro rata rent, not to exceed two months' rent.

4.    **RENT AND SECURITY DEPOSIT.**

   **4.1.**    **SECURITY DEPOSIT.** The amount set forth on Page 1 as Security Deposit ("**Security Deposit**") shall be deposited with Landlord as security for Resident's payment and performance of the

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

obligations under this Lease. Subject to Applicable Law, all or any portion of the Security Deposit may be used or retained by Landlord as reasonably necessary to: (a) clean, repair, and restore the Residence and any appliances, furniture, fixtures, equipment, and other property supplied by Landlord to its condition on the Commencement Date, excepting normal wear and tear; or (b) cure Resident's default in payment of any Rent, late charges, dishonored check charges, utility charges, or other charges which may be owed by Resident pursuant to this Lease. The retention of the Security Deposit shall not limit Landlord's right to proceed against Resident for claims above the amount of the Security Deposit. The Security Deposit shall not be used by Resident in lieu of payment of Rent, Late Charges, or other amounts owed. The Security Deposit shall be payable directly to Landlord as part of the Initial Payment. No interest shall be paid on the Security Deposit unless required by Applicable Law.

**4.2.**      **RENT.**  "Rent" will mean the monthly Base Rent and all other monetary obligations of Resident to Landlord under the terms of this Lease. The Base Rent shall increase to $<u>3,561.00</u>   beginning on <u>07/16/2020</u>   .

**4.3.**    **INITIAL PAYMENT.**  Upon Landlord's acceptance of this Lease, Resident shall pay as follows: (i) one (1) cashier's check or money order in the amount of the prorated portion of "TOTAL MONTHLY RENT" on Page 1 of this Lease for the first month beginning on the Commencement Date, and (ii) one (1) separate cashier's check or money order in the amount of the Security Deposit (collectively, the "Initial Payment"). If the Commencement Date is on or after the twentieth (20th) day of the month then the Initial Payment will include the prorated rent for the initial month in addition to the full month's rent for the subsequent month. If Resident's payment for any portion of the Initial Payment is dishonored for any reason, Landlord may, at Landlord's option, elect to terminate this Lease and be immediately released from all obligations upon notice to Resident of such termination.

**4.4.**    **METHOD OF PAYMENTS.**  The Security Deposit and all Rent shall be paid to Landlord or such other agent of Landlord as Landlord may designate by written notice to Resident. Resident shall pay Rent in advance on the 1st day of each month without demand or offset and with no grace period. Rent payments will only be accepted from Resident or as required by Applicable Law. If Landlord agrees or is required by Applicable Law to accept payment of Rent from a third party, acceptance of such payment shall not create a tenancy between Landlord and the third party. Subject to Applicable Law, monthly installments of Rent must be paid in U.S. Currency by one of the following payment methods:

> **Electronic Payment:**  Resident shall use the online resident portal to pay Rent via electronic payment at                          , following the instructions for current residents to Pay My Rent. If Resident elects to pay online by credit card instead of ACH transfer, Landlord reserves the right to charge Resident a convenience fee or surcharge in an amount designated by Landlord, not to exceed the maximum amount permitted by Applicable Law.

> **Alternative Payment:**  Subject to Applicable Law, Resident may pay Rent by personal check, cashier's check, certified check made payable to Landlord (or such other person or entity as directed by Landlord) and delivered to Landlord at the address listed in Section 9.

**4.5.**    **LATE CHARGES.**  If the total Rent is not received by 5:00 p.m. on the third (3rd) day of the month, Resident agrees to pay a late charge in the amount of $95.00 (the "**Late Charge**"). Resident acknowledges that late payment of Rent will cause Landlord to incur costs and expenses, including processing, enforcement and accounting expenses, and charges imposed on Landlord, the exact amounts of which are extremely difficult and impractical to determine. Resident agrees that the Late Charge represents a fair and reasonable estimate of the costs Landlord may incur by reason of late payment.

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

The Late Charge, which shall be considered additional Rent, does not establish a grace period; Landlord may serve a 3-Day notice to pay or quit if Rent is not paid on its due date. If Landlord serves a written notice of non-payment of rent, Landlord may require that the payment called for by the notice be by money order or certified cashier's check, in person, at the office location designated by Landlord.

**4.6.    NON-SUFFICIENT FUNDS.** In addition to any Late Charges, Resident also agrees to pay a non-sufficient funds fee ("NSF Charge") of $25.00 the first time a check or payment is not honored by Resident's bank or financial institution and a fee of $35.00 for each subsequent check or payment that is not honored by Resident's bank or financial institution, but not to exceed the maximum amount that may be charged pursuant to Applicable Law. In the event that any payments of Rent during the Lease Term are returned due to non-sufficient funds, Resident may be "locked out" of the online payment system and prohibited from making payment by personal check, and shall be required to make such payments, together with any and all of Resident's outstanding balance, Late Charge, and any other amounts due to Landlord hereunder, by money order or certified cashier's check, in person, at the office address, as designated by Landlord in connection with this Lease. Only upon personal receipt by Landlord or Landlord's representative of such payment shall Resident be able to make subsequent payments online or by personal check, as applicable.

Notwithstanding the foregoing, if any payments of Rent are returned due to non-sufficient funds during the Lease Term, Resident acknowledges and agrees that Landlord may, in its sole discretion, upon notice to Resident require Resident to make all payments required hereunder for a period of up to three (3) months by money order or certified cashier's check in person at the office address, as designated by Landlord.

Any Late Charge or NSF Charge will be deemed additional Rent and must be paid with the current installment of Rent. Landlord's acceptance of any Late Charge or NSF Charge will not constitute a waiver as to any default of Resident. Landlord's right to collect a Late Charge or NSF Charge will not be deemed an extension of the date Rent is due or prevent Landlord from exercising any other rights and remedies under this Lease or Applicable Law.

**4.7.    APPLICATION OF PAYMENTS.** Unless otherwise required by Applicable Law, payments received will be applied, without regard to their characterization or earmarking by Resident, as follows: (i) first to any arrears from previous month(s), (ii) then to Late Charges, legal and court costs, administrative fees, mailing costs, or any other miscellaneous charges owed, and (iii) the remainder will then be applied to the Rent for the current month.

**5.    ANIMALS.** Resident shall not bring or allow any dog, cat, bird, reptile, rodent, insect, pet, or any other animal onto the Residence at any time without Landlord's prior written consent unless otherwise permitted by Applicable Law. Landlord reserves the right to refuse authorization, in its sole and absolute discretion, including the right to categorically prohibit all animals of a certain breed, size, or other factors. Prohibited breeds include, without limitation, Rottweilers, Pit Bull Terriers, Staffordshire Terriers, Husky-Wolf mixes, Timber-Wolf mixes, and any breed that includes a percentage or mix of any of the above. Resident acknowledges that Landlord may, in its sole and absolute discretion, require Resident, at Resident's expense, to provide DNA test results or other proof, to Landlord's reasonable satisfaction, showing that an animal kept at the Residence is not of a breed, classification, or type prohibited by Landlord. In the event Landlord consents to a pet in the Residence, Resident shall execute and abide by the Animal Addendum. Resident shall be liable for all claims and damages related to animals kept by Resident, including but not limited to, damages to the Residence and Landlord's property, injury to persons, and the costs of restoring the Residence to its prior

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

condition, excluding normal wear and tear.

If Resident is permitted to keep a pet at the Residence, Resident must pay the pet rent, any pet fees, and/or supplemental deposit in the amount set forth in the Animal Addendum. Resident will be required to obtain and maintain dog bite liability insurance in an amount and form reasonably satisfactory to Landlord. Resident's failure to timely pay such additional pet fee will constitute an Event of Default hereunder. Service, assist, or companion animals for the assistance of a Resident or Resident Parties with a disability shall be permitted by Landlord upon Resident's advance request, provided that Landlord may request documentation or other reasonable evidence verifying disability and a disability-related need for the animal, in compliance with Applicable Law, and Resident shall be liable for all claims and damages related to the service or assistance animal, including but not limited to damages to the Residence and Landlord's property and the costs of restoring the Residence to its prior condition, excluding normal wear and tear. No additional pet deposit, rent, fee or, additional insurance will be required for an approved service, assist, or companion animal.

## 6.    MOVE-IN/MOVE-OUT.

**6.1.    MOVE-IN.** Prior to the Commencement Date, Resident shall have the right to inspect the Residence, including all appliances, landscaping, fixtures, improvements, equipment, hardware, smoke detector(s) and carbon monoxide detector(s), if any, located at the Residence. Resident shall confirm (a) that the Residence and all such items are clean, in good working order, and fit for use under the Lease, and (b) that the size, number, and features of all rooms and any parking areas or garage at the Residence are approved for Resident's use. Resident must list any pre-existing defective conditions on the Move-In/Move-Out Assessment Form and return it to Landlord or Landlord's agent within 48 hours of Resident's move-in either in person, via email, or otherwise designated by Landlord. Except as noted on the Move-In/Move-Out Assessment Form, Resident accepts the Residence in the current "As-Is" condition and warrants that Resident has been given adequate opportunity to fully inspect the Residence and that Resident accepts the Residence, together with all furnishings, if applicable, as being in good condition. Only items listed in that form shall be accepted as defective, missing, or in need of remedial action. The absence of such notice shall be conclusive proof that there is no defective or hazardous equipment or conditions existing as of the start of the tenancy. Resident agrees and understands that the Move-In/Move-Out Assessment Form is not a request for repairs. Any required repairs will need to be submitted through a separate work order.

**6.2.    MOVE-OUT.** Upon vacating the Residence, Resident shall remove all personal possessions and rubbish, steam clean all floors in the Residence, and leave the Residence in as good or better condition as the condition on the Commencement Date, excepting normal wear and tear. Upon move-out, if Resident chooses to have the carpets cleaned, such cleaning must be performed by a third-party professional carpet cleaning service reasonably acceptable to Landlord and receipt for such cleaning services must be provided to Landlord. Unless the carpet is cleaned in the manner provided herein, Landlord reserves the right to use a portion of the Security Deposit to professionally re-clean the carpets. Resident also shall return all keys and garage door openers, if applicable, and shall provide Landlord with a written statement of forwarding address. Within the time required by Applicable Law, Landlord will provide Resident an itemized written statement of any amounts deducted and the reasons for the deductions from Resident's Security Deposit, along with a check for any balance of the Security Deposit due to Resident. Landlord may deliver the written statement and balance of the Security Deposit personally to Resident, or by mailing the statement and balance of the Security Deposit to Resident at Resident's forwarding address, or if that address is unknown, at Resident's last known address. The retention of the Security Deposit shall not limit Landlord's right to proceed

California_Lease_2018UNLv.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

against Resident for claims above the amount of the Security Deposit.

**6.3.** **Pre-Move-Out Inspection and Repairs:** (i) After giving or receiving notice of termination of a tenancy, or before the end of the Lease, Resident has the right to request that an inspection of the Residence take place prior to termination of the Lease; (ii) If Resident requests such an inspection, Resident will be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease; (iii) Any repairs or alterations made to the Residence as a result of this inspection (collectively, "Repairs") must be made at Resident's expense and only after obtaining the prior written approval of Landlord; (iv) Repairs may be performed by Resident or through others, who have adequate insurance and licenses and are approved by Landlord; (v) The work must comply with Applicable Law, including governmental permit, inspection, and approval requirements; (vi) Repairs must be performed in a good, skillful manner with materials of quality and appearance comparable to existing materials; (vii) Resident must: (a) obtain receipts for Repairs performed by others; (b) prepare a written statement indicating the Repairs performed by Resident and the date of such Repairs; and (c) provide copies of receipts and statements to Landlord prior to termination. Resident's Right to Pre-Move-Out Inspection, as specified above, does not apply when the tenancy is terminated pursuant to California Code of Civil Procedure § 1161(2), (3) or (4).

**7.** **CONDITION OF RESIDENCE.** Landlord makes absolutely no warranties or representations about the neighborhood or the condition of the Residence, the improvements, utilities, electrical, plumbing, or appliances. Landlord shall not be responsible for loss or damage caused by failure of any appliance (including loss of or damage to food or other perishables) in the event an appliance ceases to operate properly. Resident must satisfy himself or herself prior to move-in as to the neighborhood or area conditions, including schools, proximity and adequacy of law enforcement, crime statistics, proximity of registered felons and other offenders, fire protection, other governmental services, availability, adequacy, and cost of any wired and/or wireless internet connections, other telecommunications or other technology services and installations, proximity to commercial, industrial, or agricultural activities, existing and proposed transportation, construction and development that may affect noise, view, or traffic, airport noise, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, cemeteries, facilities and condition of common areas, conditions and influences of significance to certain cultures and/or religions, and personal needs, requirements, and preferences of Resident.

**8.** **USE.** Resident shall not use or permit the Residence to be used for any purpose other than as the principal and primary residence of Resident and any Occupants. Resident agrees that, subject to Applicable Law, the Residence will not be used for operation of a business or other commercial enterprise without Landlord's prior written consent, nor will Resident utilize the Residence for any purpose or in any manner which violates applicable state, federal or local law or the covenants, conditions, or rules of any applicable homeowner association. Notwithstanding the foregoing, subject to Applicable Law, Resident may operate a small daycare center at the Residence, provided that (i) Resident notifies Landlord in writing at least thirty (30) days in advance of its intent to operate such a business at the Residence; (ii) Resident is licensed by the State of California and provides a copy of such license in advance to Landlord; (iii) Resident complies with all Applicable Laws, and with all other provisions of this Lease; and (iv) Landlord may require Resident to increase its Security Deposit up to the maximum amount allowed by Applicable Law. Resident shall in no event use the Residence as any other type of business at any time without Landlord's express written permission.

**9.** **NOTICES.** IT IS IMPORTANT TO FOLLOW THE NOTICE REQUIREMENTS. WHILE WE LIVE IN AN AGE WHERE CELL PHONES, TEXTING, AND EMAILS ARE PREVALENT, YOU WILL ALSO NEED TO

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

FOLLOW THE NOTICE REQUIREMENTS. Any notice to Landlord or Landlord's agent shall be in writing and delivered personally by hand, or by first class U.S. mail or express or overnight delivery to Landlord at the address below, which address is subject to change by written notice. Except as otherwise stated in this Lease, notice to Resident shall be delivered to the Residence. Notices to either Resident or Landlord or Landlord's authorized agent under this Lease shall be deemed provided, received, or delivered to the address specified herein (a) if sent by overnight mail, courier, or other personal delivery to such address, on the date of delivery, or (b) if deposited in the U.S. Mail, three (3) days (or such other period specified by applicable laws) after the deposit of the notice in the U.S. Mail.

| **Landlord:** | **Property Manager:** |
|---|---|
| 2017-2 IH Borrower LP | THR Property Management L.P. |
| 465 N. Halstead St., Suite 150 Pasadena, CA 91107 | 465 N. Halstead St., Suite 150 Pasadena, CA 91107 |
| 805-372-2900 | 805-372-2900 |

**10.    UTILITIES.** Resident is responsible for payment of all utility charges incurred during the Lease Term unless prohibited by Applicable Law. Subject to Applicable Law, Resident shall place all utilities, including all those specified in the attached Utilities Addendum, in Resident's name as of the Commencement Date, and shall pay all charges and related costs directly to the provider until Resident terminates such services. Resident is required to show proof of utility commencement prior to move-in. Resident's failure to provide such evidence shall be a default under this Lease, entitling Landlord to enforce all available remedies. Utilities that require proof are electricity, gas, water, sewer, and garbage services.   In the event that Applicable Law requires Landlord to pay for any utility directly, Resident acknowledges and agrees that Resident shall be obligated to reimburse Landlord for any such amounts paid by Landlord to utility providers, which reimbursement shall be payable either (a) electronically as part of Resident's Rent payment, or (b) by cashier's check or money order, the method being determined by Landlord in Landlord's sole and absolute discretion in accordance with Applicable Law. If for any reason Resident fails to transfer or maintain all utilities and services in Resident's own name, Resident agrees to reimburse Landlord the full cost of Resident's utility usage and agrees to pay to Landlord an administrative fee in the amount of **$9.95 ("Utility Admin Fee")** for each utility bill received by Landlord. Resident shall not allow electricity or other utilities to be disconnected or discontinued for any reason or by any means (including nonpayment of bill) until the end of the Lease Term or renewal period. If at any time any utility shall be turned off or discontinued due to nonpayment by Resident, Resident shall be in default under this Lease, and Landlord may, terminate Resident's occupancy of the Residence immediately and commence eviction and collection proceedings, subject to Applicable Law.

If any utilities are not separately metered or submetered, Resident shall pay Resident's proportional share, as reasonably determined and directed by Landlord in accordance with Applicable Laws. Resident shall obtain Landlord's prior written approval, which approval may be withheld in Landlord's sole and absolute discretion, prior to adding any telephone, cable, or data lines to the Residence. Resident shall cooperate with any conservation and recycling program adopted and implemented by Landlord, if any. Landlord does not represent or warrant that any utilities servicing the Residence will not be interrupted because of repairs or alterations to the Residence, fire or other casualty, acts of God, any labor controversy, or other events beyond the control of Landlord. Any such interruption shall never be deemed to be an eviction of Resident or a disturbance of Resident's use or occupancy of the Residence or render Landlord liable to Resident for damages. Notwithstanding anything contained in this Lease to the contrary, Landlord does not represent or warrant the availability of telephone service, internet service, satellite or cable television service, or any other service to the Residence, and no such services are guaranteed to be available to the Residence.

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

Notwithstanding anything to the contrary in this Section, Landlord may, at its option and in its sole discretion, elect to contract directly with the utility service providers providing utilities or services to the Residence, including, without limitation, water, garbage and refuse removal, sewer, natural gas, and electricity. In the event Landlord elects to contract for utilities directly with the utility or service providers, then Resident must reimburse Landlord for all charges incurred by Landlord along with the Utility Admin Fee and any set-up charges (all such charges being referred to in this Lease as the "Utility Charges") within fifteen (15) days of Landlord's request therefore accompanied by an invoice documenting such Utility Charges owed by Resident. The Utility Charges will be deemed additional "Rent" under this Lease so that Resident's failure to pay the Utility Charges when due or failure to place and continuously maintain utilities and services in Resident's name, if applicable, will constitute a default under this Lease.

**11.     COMPLIANCE WITH RULES AND REGULATIONS.** Landlord will have the right to establish and, from time to time, change, alter, and amend, and to enforce against Resident reasonable rules and regulations as may be deemed necessary or advisable for the proper and efficient operation, maintenance, and repair of the Residence. Resident will observe and comply with all reasonable and nondiscriminatory rules and regulations governing the Residence that are posted on the Residence, attached hereto and incorporated herein by this reference, or as may from time to time be delivered to Resident (the "Rules and Regulations"). Resident and any Resident Parties will observe and comply with the Rules and Regulations and with such amendments and additional Rules and Regulations as Landlord may adopt, effective ten (10) days after Landlord gives Resident written notice thereof, or as may be required by Applicable Law. A violation of the Rules and Regulations after such notice shall be a default under this Lease.

**12.     PROHIBITED ACTIVITY.** Resident or any Resident Party, shall not (a) engage in criminal activity on or near the Residence, including drug-related criminal activity (which includes the illegal manufacture, cultivation, sale, distribution, possession with intent to manufacture, or use of a controlled substance); (b) engage in any act intended to facilitate criminal activity, including drug-related criminal activity, on or near the Residence; (c) permit the Residence to be used for or to facilitate criminal activity, including drug-related criminal activity, regardless of whether the individual engaging in such activity is a member of the household or a guest; (d) engage in growing, producing, manufacturing, selling, using, storing, keeping, distributing, or giving marijuana or any controlled substance (legal or illegal) at or from the Residence or otherwise; (e) engage in any illegal activity, including prostitution, criminal street gang activity, threatening or intimidating assault, including the unlawful use or possession of firearms, on or near the Residence, or the health, safety and/or welfare of Landlord, its agents, other Residents, neighbors, or in any manner which will constitute waste or nuisance upon or about the Residence; or (f) disrupt or interfere with Landlord's business operations, or communicate with Landlord, Landlord's agents, or their employees in an unreasonable, discourteous, rude, or hostile manner. Resident agrees and authorizes Landlord to use any arrest record or police-generated reports referring to Resident as reliable direct evidence of Resident's conduct or violation of this section.

**VIOLATION OF ANY OF THE PROVISIONS OF THIS SECTION, OR OF ANY FEDERAL OR APPLICABLE LAWS, SHALL BE A SERIOUS, MATERIAL, AND IRREPARABLE VIOLATION OF THIS LEASE AND GOOD CAUSE FOR IMMEDIATE TERMINATION OF THE TENANCY.**

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

## 13. MAINTENANCE.

**13.1. LANDLORD'S MAINTENANCE OBLIGATIONS.** Maintenance and repairs of items that significantly impact habitability of the Residence as determined by Landlord in its sole and absolute discretion, or by Applicable Law, shall be deemed "**Major Repairs.**" Landlord shall be responsible for Major Repairs, including repairs to heating or air conditioning systems, roofing, and mechanical, electrical, and defective plumbing systems.

Landlord may, at Landlord's sole discretion, hire contractors to perform maintenance or repairs at the Residence; however, no contractor shall be considered an employee of Landlord. Resident shall notify Landlord promptly if any contractor fails to perform requested maintenance or repairs. Notification to a contractor of any further maintenance or repair request does not constitute sufficient notice to Landlord, and Resident agrees to make all maintenance and repair requests directly to Landlord in writing.

**13.2. RESIDENT'S MAINTENANCE OBLIGATIONS.** Resident shall, at all times, use, operate, and safeguard the Residence, including any and all furnishings, improvements, equipment, hardware, appliances, landscaping, fixtures, and all mechanical, electrical, gas, and plumbing fixtures located at the Residence, and maintain, at Resident's own expense, the same in a clean and sanitary condition and perform all other maintenance obligations imposed upon Resident under this Lease. Resident shall be responsible for the performance of all maintenance and repairs that do not constitute a Major Repair and are not Landlord's obligation pursuant to Applicable Law. Resident's maintenance obligations shall include, without limitation, (a) following all maintenance recommendations of Landlord and any manufacturer recommendations for appliances, equipment, plumbing, and other fixtures and furnishings, (b) maintaining the Residence in a clean, sanitary condition, (c) keeping all drains clear and free of hair, obstructions, and any foreign matter and repair and maintenance of any related drain and sink backups or blockages, (d) promptly removing any standing water, excess moisture, or damp conditions at the Residence to prevent mold growth or other damage, (e) regularly changing and cleaning all vents, filters, and fans located in the Residence (including the appliances and heating, ventilating, and any cooling systems), (f) replacing light bulbs, (g) checking and maintaining all smoke and carbon monoxide detectors and replacing batteries as needed, (h) properly ventilating kitchen and bathrooms, (i) routine insect and pest control, (j) maintenance of exterior landscaping as set forth in the Landscaping Addendum, and (k) otherwise employing proper maintenance activities at the Residence in accordance with the terms of this Lease to maintain the Residence in a good condition of maintenance and repair. Resident shall immediately report to Landlord, in writing, conditions posing any problem, failure, malfunction, or damage at the Residence. Resident shall not disable or tamper with any smoke detectors or carbon monoxide detectors installed in the Residence and shall maintain all such detectors in good working order and immediately report to Landlord in writing if any detector becomes inoperable or nonfunctional. Resident shall take all reasonable and customary measures and shall comply with any emergency and temporary directives from law enforcement, to protect the Residence and Resident's personal property from damage from natural disasters (such as hurricanes, tornadoes, flooding, fires, and freezing) and shall follow any evacuation orders. The foregoing includes protecting pipes and other parts of the Residence during times of freezing temperature. Landlord may, from time to time, provide Resident with additional information or instructions regarding care of the Residence, including during times of disasters and severe weather, and Resident agrees to comply with such information or instructions.

Resident shall be responsible for any costs incurred by Landlord in inspecting the Residence and making repairs required due to Resident's failure to maintain the Residence as required under this

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

Lease or due to damage caused by Resident's or any Resident Party's use or activities. Resident shall also be responsible for any costs incurred in inspecting or repairing damage caused by Resident's failure to promptly report needed repairs. Resident's failure to maintain any item for which Resident is responsible will give Landlord the right to hire a vendor of its choosing to perform such maintenance and charge Resident to cover the cost of such maintenance. Resident shall be obligated to reimburse Landlord for all costs incurred by Landlord in performing such repairs as additional rent.

Resident must be physically present on the day of scheduled repair work to grant access to Landlord's vendors. If Landlord is required because of the actions or inactions of Resident or any Resident Party to inspect the Residence or perform repairs, Landlord shall have the right to charge for all costs of such inspection and repairs. The minimum charge for a service call and any related inspections or repair work is $<<Min Svc Fee>> ("Trip Fee") regardless of whether any inspections or repairs are required. All such charges shall be payable as additional rent. Resident will be charged a Trip Fee if repairs or service must be rescheduled due to Resident's failure to be present or grant access on the scheduled date. Routine repairs and maintenance that may be necessary at the Residence shall not excuse Resident from the timely payment of Rent.

**14.     ALTERATIONS.** Other than as specifically outlined herein, Resident will not make any alterations, modifications, or improvements in or about the Residence (collectively referred to as "**Alterations**") without the prior written consent of Landlord. Such Alterations include, but are not limited to: painting, wallpapering, finishing, coating, replacing, modifying, sampling, testing, analyzing, or evaluating any interior or exterior building materials or adding or changing locks at the Residence. In addition, Resident shall not install any fixtures in the exterior of the Residence (including above-ground pools), display any signs or exterior lights on the Residence (except temporary seasonal decorations), and no awnings or other projections shall be attached to the outside of the Residence without first obtaining the written consent of Landlord, which consent may be withheld in Landlord's sole and absolute discretion. Resident shall be required to obtain all necessary permits required by Applicable Law before commencing work on a Landlord-approved Alteration. Any work performed on the Residence, whether by Resident or other parties, shall be considered an independent contractor or agent of Resident and not an employee or agent of Landlord. Resident further warrants that Resident will be responsible for any damage or injury resulting from such work and will defend, indemnify, and hold harmless Landlord and Landlord's agents for, from, and against all claims, losses, and damages, including mechanic's and other liens. Prior to commencing any Alterations, Resident shall provide Landlord with thirty (30) days' notice to allow Landlord to post any notices of non-responsibility or such other notices permitted by Applicable Law. At Landlord's sole and absolute discretion, any permitted Alterations of the Residence shall be removed by Resident at Resident's sole cost and expense and the Residence restored to its original condition prior to the end of the tenancy unless Landlord gives Resident written notice that all or any designated portion of said Alterations shall remain in the Residence, in which event all improvements to the Residence shall be the property of Landlord and shall remain attached to and be a part of the Residence when Resident vacates, subject to Applicable Law.

**15.     PEST CONTROL.** Resident agrees to take all reasonable steps to maintain the cleanliness and proper housekeeping of the Residence, including, without limitation, ensuring the conditions at the Residence are not conducive to the presence, proliferation, or infestation of insects, bed bugs, rodents, or other pests. Resident is responsible for keeping the Residence clean and free of all pests and, at its sole cost and expense, shall be responsible for all pest control.

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741!

Resident agrees that, upon notification or reasonable belief of a pest infestation, Landlord and its agents shall have access at reasonable times, subject to the notice requirements under this Lease and Applicable Law, to inspect the Residence and Resident's furnishings, clothing, possessions, and any other personal property present in the Residence. Resident and any Resident Parties shall cooperate and not interfere with inspections or pest control treatments. Subject to Applicable Law, Landlord shall have no responsibility for any damage or injury to Resident or any other person or property at the Residence as a result of pests or any pest control treatment.

Landlord shall arrange for treatment of the Residence at no cost to Resident if a pest infestation is reported to Landlord in writing within thirty (30) days of the Commencement Date. Resident hereby accepts and assumes all responsibility for all pest control thereafter, subject to Applicable Law. Any pests, including insects and rodents, not reported to Landlord in writing within the first thirty (30) days will be presumed to have entered the Residence after the start of Resident's residency.

**16.     ALARM SYSTEMS.** Resident may arrange for the installation of an alarm system (the "**Alarm System**") at the Residence, subject to the following: (a) Resident shall engage a reputable, licensed and bonded security company for the installation of the Alarm System and for the provision of the resulting security service; (b) Resident shall be solely responsible for the full cost of the Alarm System, including all installation, service, and maintenance fees; (c) Resident shall reimburse Landlord, immediately upon demand, for any amounts expended by Landlord in connection with Resident's default under Resident's agreement with its Alarm System provider, provided however that Landlord shall not be a party to any such agreement and shall bear absolutely no liability thereunder; and (d) upon the expiration or earlier termination of this Lease, Resident shall cause all components of any Alarm System to be removed, shall cancel the service, and shall restore the Residence to at least as good a condition as prior to the installation of the Alarm System.

**17.     STORAGE.** Resident must store only personal property Resident owns and must not store property claimed by another or in which another has any right, title, or interest. Resident must not store any flammable materials, explosives, hazardous waste or other inherently dangerous material, or illegal substances. Basements are known to be prone to flooding and moisture; Resident is advised not to store any personal belongings in the basement.

**18.     DEFAULT.** Resident will be in default under this Lease if Resident (i) fails to pay Rent or other charges when due, or (ii) fails to perform any other obligation or duty of Resident under this Lease, which failure to pay or perform continues for three (3) days (unless a longer period is required by Applicable Laws) after the delivery of written notice to Resident of such default in the manner required by Applicable Law (an "Event of Default"). In no event shall a cure period be given for any material and irreparable defaults. Any notice required to be given for Resident to be in default hereunder will not be deemed to be in addition to any statutorily required notice if the notice given hereunder otherwise complies with the terms of the applicable statute. Resident understands and agrees that each of the obligations imposed by this Lease shall be regarded as material in nature, and violation of any such obligation shall entitle Landlord to exercise those remedies provided by Applicable Law, this Lease, or in any separate agreement between Landlord and Resident whether such document is incorporated herein or not.

**18.1.** Resident is hereby notified that a negative credit report reflecting on Resident's credit record may be submitted to a credit reporting agency if Resident fails to fulfill the terms of the Lease by failing to pay Rent on time.

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415

**19.    REMEDIES.** After the occurrence of an Event of Default, Landlord will have the right to the following remedies. These remedies are not exclusive; they are cumulative and in addition to any remedies allowed by Applicable Law or in equity.

**19.1.**    The immediate option to terminate this Lease and all rights of Resident hereunder by giving Resident written notice of such intention to terminate, in which event Landlord may recover from Resident all of the following: (i) any unpaid Rent which had been earned at the time of such termination; plus (ii) the amount by which the unpaid Rent which would have been earned after termination until the time of award exceeds the amount of such rental loss Resident proves reasonably could have been avoided; plus (iii) the amount by which the unpaid Rent for the balance of the term exceeds the amount of such rental loss that Resident proves reasonably could be avoided; plus (iv) any other amount necessary to compensate Landlord for all the detriment proximately caused by Resident's failure to perform his or her obligations under this Lease, including, but not limited to: brokers' commissions; the costs of refurbishment, alterations, renovation, and repair of the Residence reasonably incurred for the sole purpose of reletting the Residence; and removal (including the repair of any damage caused by such removal) and storage (or disposal) of Resident's personal property, equipment, fixtures, alterations, and any other items which Resident is required under this Lease to remove but does not remove; plus (v) at Landlord's election, such other amounts in addition to or in lieu of the foregoing as may be permitted by Applicable Law; plus (vi) the amount of any concessions provided to Resident by Landlord in connection with this Lease at the time the parties entered into this Lease and/or at the time of Resident moving into the Residence.

**19.2.**    In addition to the remedies specified above in this Section, if an Event of Default occurs, Landlord has the remedy described in California Civil Code Section 1951.4 (Landlord may continue lease in effect after Resident's breach and abandonment and recover Rent as it becomes due, if Resident has the right to sublet or assign, subject only to reasonable limitations) and may continue the Lease in effect after Resident's default.

**19.3.**    Landlord, at any time after Resident commits a default, may cure the default at Resident's cost. If Landlord, at any time, by reason of Resident's failure to cure a default within the required timeframe, pays any sum or does any act that requires the payment of any sum, the sum paid by Landlord shall be due immediately from Resident to Landlord and shall bear interest from the date the sum is paid by Landlord until Landlord is reimbursed by Resident, at the lesser of (a) ten percent (10%) per annum or (b) the maximum rate permitted by Applicable Law. The sum, together with interest, shall be considered additional Rent and paid along with the monthly Rent.

**20.    ABANDONMENT.** Prior written notice, with provision of timely Rent payment, is required if Resident intends to be absent for an extended period. If the Residence appears to be unoccupied for fifteen (15) days while Rent is due and unpaid, or for such other time as specified by Applicable Law and Resident has not given Landlord written notice of Resident's intention to remain, then Landlord is authorized to deem the Residence abandoned, to take immediate possession of the Residence, and to store, dispose of, or otherwise handle Resident's personal property subject to Applicable Law. Resident herein gives Landlord specific authority, at Resident's expense, and without limitation of Landlord's other remedies, to dispose of abandoned personal property in any manner Landlord chooses that does not violate Applicable Law, with no recourse whatsoever on the part of Resident.

**21.    OTHER TERMINATION.** This Lease may be subject to immediate termination for certain acts as provided by Applicable Law, including any act that jeopardizes the health, safety, or welfare of Landlord, any agent or employee of Landlord, or another Resident, or which involves imminent or actual severe

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741!

personal injury or property damage.

**22.    TENANT ESTOPPEL CERTIFICATES.** Upon Landlord's request, Resident shall execute and return a tenant estoppel certificate delivered to Resident within five (5) days after its receipt. Failure to comply with this requirement shall be deemed Resident's acknowledgment that the certificate is true and correct and may be relied upon by a lender or purchaser.

**23.    ASSIGNMENT AND SUBLETTING.**    Resident may not assign this Lease voluntarily or involuntarily nor sublet the whole or any portion of the Residence, which includes short-term rentals, without the prior written consent of Landlord. The failure to obtain such prior consent shall be deemed a material breach of this Lease. Subject to Applicable Law, any action or inaction or acceptance of any Rent or knowledge on the part of Landlord of the presence of a person other than Resident shall not be deemed to be a waiver of the requirement that Landlord's prior written consent must be obtained, nor shall it constitute a consent of any person as a "sub-tenant", approved occupant, or new tenant. Any proposed assignee, transferee or sublessee shall submit to Landlord an application and credit information for Landlord's approval and, if approved, sign a separate written agreement with Landlord and Resident to amend this Lease. Landlord's consent to any one assignment, transfer, or sublease shall not be construed as consent to any subsequent assignment, transfer, or sublease and shall not release Resident of Resident's obligations under this Lease. Landlord may assign this Lease at Landlord's sole and absolute discretion. Should Landlord sell, exchange, or assign this Lease or the Residence, as applicable (other than a conditional assignment as security for a loan), then Landlord, as transferor, will be relieved of all obligations on the part of Landlord accruing under this Lease from and after the date of such transfer.

**24.    ACCESS.** Subject to Applicable Law, Resident shall allow Landlord and any agent or contractor of Landlord access to the Residence, at all reasonable times, for any lawful purpose, including but not limited to, to inspect the Residence, make necessary or requested repairs, perform routine maintenance, make alterations or improvements, or to show the Residence to prospective residents, purchasers, or mortgagees or to any other person having a legitimate interest therein. If practicable, Landlord shall give Resident reasonable notice prior to entering the Residence for routine situations requiring access. Landlord and Resident agree that 24-hour written notice will be reasonable and sufficient notice. No notice is required: (i) to enter in case of an emergency when immediate action is necessary in the opinion of Landlord or Landlord's agent for the protection of Resident or the Residence; (ii) if Resident is present and consents at the time of entry; or (iii) if Resident has abandoned or surrendered the Residence. No written notice is required if Landlord and Resident orally agree to an entry for agreed services or repairs. Resident's failure or refusal to grant Landlord (or Landlord's representatives) access to the Residence as provided in this Section will be a default by Resident under this Lease. Written notice under this section may be provided by email, U.S. Mail, personal delivery, or by posting on, near, or under an entry door. Resident authorizes Landlord to place for sale or lease signs on the Residence without notice.

**25.    LIABILITY.** To the full extent permitted by Applicable Law, (a) Landlord and Resident agree that Landlord will not be liable for any damages, injuries, or losses to any person or property related to or caused by any defective condition of the Residence, other residents or persons, theft, burglary, vandalism, or other crimes; (b) Landlord shall have no duty to furnish alarms of any kind, security guards, or additional locks, and latches and Resident shall not make any changes or additions to the existing locks for any reason without Landlord's prior written consent; and (c) Resident shall indemnify and hold Landlord and Landlord's agents, employees, lenders, and affiliates harmless from and against any and all claims, liabilities, damages, injuries, costs, or expenses that arise from or are

California_ Lease_2018UNLv.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415

related to Resident's or any Resident Party's use or occupancy of the Residence except to the extent solely caused by the intentional neglect or willful misconduct of Landlord, its agents, contractors, or employees.

Landlord's liability under this Lease will be limited to Landlord's unencumbered interest in the Residence. Neither Landlord nor any of its partners, members, officers, directors, agents, employees, shareholders, successors, assigns, or pledges, including without limitation, any management company or the individual signing this Lease on Landlord's behalf, will in any way be personally liable under this Lease.

**26.    POSSESSION.** If Landlord is unable to deliver possession of the Residence within seven (7) days of the Commencement Date stated above, then this Lease may be terminated at Landlord's option and all funds received from Resident will be returned. Resident agrees to release and hold Landlord and its agents and representatives harmless from any further obligation and/or consequential damages related to any delay or inability to deliver possession of the Residence.

**27.    SEVERABILITY.** In the event any term or provision of this Lease shall be invalid or unenforceable under Applicable Law, the remaining provisions shall continue to be valid and shall remain binding. In like manner, any obligations of either Landlord or Landlord's agent or of Resident which may become required by Applicable Law during the term of this Lease shall be binding as if included herein. All rights granted to Landlord or Landlord's agent by Resident shall be cumulative and in addition to any existing law and any new law which might become effective. Any exercise, or failure to exercise, by Landlord or Landlord's agent of any right shall not act as a waiver of any other rights.

**28.    JOINT AND SEVERAL LIABILITY.** Each Resident signing this Lease is individually and jointly and severally liable for the full and complete performance of all obligations of Resident under this Lease, jointly with every other Resident, and individually, whether or not such Resident continues in possession.

**29.    RESIDENT'S WARRANTIES.** Resident represents and warrants that all statements and information in Resident's rental application are true and accurate as of the date hereof. If any information or representation provided by Resident in the rental application is false, incorrect, or misleading, then Resident shall be deemed to have committed a material default under this Lease that Resident shall not be provided an opportunity to cure, and Resident shall be subject to eviction, damages and other remedies to Landlord as provided in this Lease and Applicable Law. Resident represents and warrants that Resident (a) shall comply with all requirements, obligations and conditions of any senior interest holder such as Landlord's lenders; (b) shall not disturb, annoy, or endanger other neighbors or use the Residence for unlawful purposes; (c) shall comply with all Applicable Laws.

**30.    NO SMOKING.** No smoking of any substance (including but not limited to tobacco, marijuana, or e-cigarettes) is allowed inside the home or on any portion of the Residence. If smoking does occur at the Residence, (a) Resident shall be in breach of this Lease; (b) Resident shall be responsible for all damage caused by the smoking, including stains, burns, odors, and removal of debris; (c) Resident, guests, and all others may be required to leave the Residence; and (d) Resident acknowledges that in order to remove odor caused by smoking, Landlord may need to replace carpet and drapes and paint the entire home regardless of when these items were last cleaned, replaced, or repainted and such replacement, repainting, and cleaning will be performed at Resident's sole cost and expense.

Confidential and Proprietary - ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741F

**31.    FIRE SPRINKLERS.** If the Residence contains fire sprinklers, Resident shall notify Landlord in writing if the sprinklers are not working properly or are missing any parts.  Resident shall not place hangers or any other items on the fire sprinklers.

**32.    HOMEOWNER ASSOCIATIONS AND MUNICIPALITIES.** Resident agrees to comply with all applicable declarations, covenants, conditions and restrictions, rules, regulations, and other lawful directives (**"HOA Governing Documents"**) of any homeowner association (**"HOA"**) to which the Residence is subject. Resident will cooperate with Landlord in performing all acts necessary to comply with the HOA Governing Documents or other Applicable Laws.  Resident hereby represents and warrants to Landlord that Resident (a) has reviewed and will comply with all applicable HOA Governing Documents and other instruments of record; (b) shall provide prompt written notice to Landlord if it receives any notice of violation of any HOA Governing Documents or other Applicable Law; (c) shall reimburse Landlord for any fines or charges imposed by any HOA or municipality as a result of Resident's violation or failure to comply with any applicable HOA Governing Documents or other Applicable Law.  Any such fines or charges shall be considered additional rent and paid with Resident's next monthly Rent payment.  Resident agrees that in the event that Resident fails to comply with any provision of any applicable HOA Governing Documents or other Applicable Law within five (5) days following notice from Landlord of such failure to comply, Landlord shall have the right, but not the obligation, to access any non-secured areas of the Residence to effect compliance, and upon such action by Landlord, Resident shall pay to Landlord the cost of such compliance as additional Rent with Resident's next monthly Rent payment.  In Landlord's sole discretion and upon demand by Landlord, Resident shall also pay to Landlord as additional rent an administrative fee in the amount of $35 for each violation, charge, or fine assessed due to Resident's failure to comply with any HOA Governing Documents or Applicable Law (**"HOA Admin Fee"**).

The Residence may be located within a community that includes common areas, resident amenities or facilities, and/or recreational facilities (collectively, "Amenities"). Resident's use of any Amenities is a privilege and license granted by Landlord, and not a contractual right except as otherwise provided for in this Lease. Such permission is expressly conditioned upon Resident's adherence to the terms of this Lease and any HOA Governing Documents. Resident expressly agrees to assume all risks of every type, including but not limited to risks of personal injury or property damage, of whatever nature or severity, related to Resident's and any Resident Parties' use of the Amenities.  Resident shall hold Landlord harmless and release and waive any and all Claims that Resident may have against Landlord and that are in any way related to or arise from the use of any Amenities.  Resident shall indemnify and hold Landlord and Landlord's agents, employees, lenders, and affiliates harmless from and against any and all claims, liabilities, damages, injuries, costs, or expenses that arise from or are related to Resident's or any Resident Party's use of any Amenities.

**33.    DAYS.** All references to days in this Lease shall be construed as calendar days and a day shall begin at 12:00 a.m. and end at 11:59 p.m. local time where the Residence is located.

**34.    SUBORDINATION/MORTGAGEE PROTECTION.** This Lease is and shall be subordinate to any mortgages or encumbrances that are now or may hereafter be placed upon the Residence and to any advances to be made thereunder and all renewals, replacements, and extensions thereof. Resident shall not cause or permit anything to be done that violates any mortgage on the Residence. Resident agrees to sign any document reasonably requested by Landlord's lender in connection with a mortgage on the Residence, including a Subordination, Non-Disturbance and Attornment Agreement in a form satisfactory to Landlord's lender.

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415

**35.   FORCE MAJEURE.**  Any delay or failure in the performance by Landlord hereunder shall be excused if and to the extent caused by the occurrence of any event that is beyond Landlord's control, such as fires, floods, earthquakes, wars, sabotage, terrorism, vandalism, governmental acts, injunctions, or labor strikes, acts of God, and any other occurrences that are unavoidable or unpreventable despite reasonable efforts to prevent, avoid, delay, or mitigate the effects thereof.

**36.   DAMAGE TO THE RESIDENCE.**  If, through no fault of Resident, the Residence is completely or partially damaged or destroyed by fire, earthquake, flood, accident, or other casualty that renders the Residence totally or partially uninhabitable, as determined by Landlord, either Landlord or Resident may terminate this Lease by giving the other written notice.  Rent will be abated as of the date the Residence become totally or partially uninhabitable.  The abated amount will be the current monthly Rent prorated on a 30-day period.  If this Lease is not terminated, Landlord shall promptly repair the damage, and monthly Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Residence. If damages are caused by Resident or any Resident Party, Resident shall be responsible for all costs and expenses of repairing such damages, only Landlord shall have the right of termination, and no reduction in Rent shall be made.

**37.   LEAD-BASED PAINT.**  The Residence may have been constructed prior to 1978.  Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Residents must also receive a federally approved pamphlet on lead poisoning prevention. In accordance with federal law, Landlord has provided, and Resident acknowledges receipt of, the disclosures on the attached lead-based paint disclosure form.  The most current version of the "Protect Your Family From Lead In Your Home" pamphlet provided by EPA can be obtained at any time by accessing the resident portal and/or from the EPA's website at ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚.

**38.   ASBESTOS.**  Asbestos is a generic term used to describe a group of naturally occurring, fibrous minerals.  These minerals occur as bundles of strong, flexible fibers that are chemically inert, do not burn, and have good insulating properties.  Because of these properties, it was commonly used before 1983 for insulation, fireproofing, and a wide variety of other building materials commonly referred to as asbestos-containing materials ("ACM").  Landlord has no knowledge that the Residence contains asbestos or ACM.  In the event the Residence contains asbestos, disturbance or damage to certain interior surfaces may increase the potential exposure to this substance. Resident, occupants, and their guests must not take or permit any action which in any way damages or disturbs the ceiling in the Residence or alters or disturbs the heating and ventilation system serving the Residence, including without limitation, any ducting connected thereto.  Resident must notify Landlord and its agents immediately in writing of any damage to or deterioration of the ceiling in the Residence or any portion thereof, including without limitation flaking, loose, cracking, hanging, or dislodged material, water leaks, or stains in the ceiling.  There are both federal and state resources that can provide further information on asbestos and ACM. The U.S. EPA provides numerous details and references:

**39.   NOTICE REGARDING SEXUAL OFFENDERS.**  Pursuant to Section 290.46 of the Cal. Penal Code, information about specified registered sex offenders is made available to the public via an Internet website maintained by the Department of Justice at ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚.  Depending on an offender's criminal history, this information will include either the address at which the offender



Confidential and Proprietary – ©2014 Invitation Homes.  All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741

resides or the community of residence and zip code in which he or she resides. Neither Landlord nor brokers, if any, are required to check this website. If Resident wants further information, Resident should obtain information directly from this website.

**40.    WATERBEDS.** No waterbeds or other liquid-filled furniture shall be brought onto or used in the Residence without Landlord's prior written consent, which consent shall be conditioned upon Resident's compliance with California Civil Code Section 1940.5.

**41.    SIGNS.** Notwithstanding anything to the contrary in this Lease, Resident shall be permitted to display political signs at the Residence for a reasonable time subject to Resident's compliance with California Civil Code Section 1940.4 or any other Applicable Law.

**42.    FLOOD HAZARD AREAS.** The Residence may be located in a special flood hazard area or an area of potential flooding. Resident may obtain information about hazards, including flood hazards, that may affect the property from the Internet website of the Office of Emergency Services. The MyHazards tool can be located at                              . Landlord's insurance does not cover the loss of the Resident's personal possessions and it is recommended that Resident consider purchasing renter's insurance and flood insurance to insure his or her possessions from loss due to fire, flood, or other risk of loss. Landlord is not required to provide additional information concerning the flood hazards to the Residence and the information provided pursuant to this section is deemed adequate to inform the Resident. The disclosures required by this section are subject to the requirements of Section 1632 of the Civil Code.

**43.    SATELLITE DISHES.** If Resident provides Landlord with prior written notice, Resident may install one dish on the Residence, provided it does not exceed one (1) meter (3.3 feet) in diameter. Resident's installation must comply with reasonable safety standards and may not interfere with any cable, telephone, or electrical systems within or serving the Residence. Installation must be done by a qualified person, or company and the satellite dish cannot be installed or affixed to the roof of the Residence. Resident will have the sole responsibility for maintaining any satellite dish or antenna and all related equipment. Resident must pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the Residence to its condition prior to the installation of any satellite dish or related equipment. Resident agrees to indemnify, defend, protect, and hold harmless Landlord and Landlord's agents for, from, and against any liability, costs (including reasonable attorney's fees), or claims for personal injuries or property damage caused by or related to Resident's installation of a satellite dish. If Resident installs a satellite dish or antenna prior to satisfying the conditions set forth above, then Resident shall be deemed in default under the Lease.

**44.    MILITARY SERVICE TERMINATION RIGHT.** In the event that Resident is, or hereafter becomes, a member of the United States Armed Forces on extended active duty and receives permanent change of station orders to depart from the area where the Residence is located (which for purposes of this Section means an area in excess of thirty-five (35) miles from the Residence), or is ordered into military housing, then in any of these events, or as otherwise allowed by Applicable Law, Resident may terminate this Lease upon giving not less than thirty (30) days' written notice to Landlord. Resident must also provide to Landlord a copy of the official orders or a letter signed by Resident's commanding officer, reflecting the change, which entitles Resident to the right to terminate this Lease early under this Section.

**45.    NO ENCUMBRANCES PERMITTED.** Resident has no authority or power to cause or permit any lien or encumbrance of any kind whatsoever, whether created by act of Resident, operation of law, or

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741F

otherwise, to attach to or be placed upon the Residence. Landlord will have the right to post and keep posted on the Residence any notice which it deems necessary for protection from such liens. Resident covenants and agrees not to suffer or permit any mechanic's lien, municipal lien, or other lien to be placed or recorded against the Residence, and, in case of any such lien attaching or notice of any lien, Resident covenants and agrees to cause it to be immediately released and removed of record. Notwithstanding anything to the contrary set forth in this Lease, if any such lien is not released and removed on or before the date notice of such lien is delivered by Landlord to Resident, Resident will be deemed in default hereunder and Landlord, at its sole option, may immediately take all action necessary to release and remove such lien, without any duty to investigate the validity thereof, and all sums, costs, and expenses, including reasonable attorneys' fees and costs, incurred by Landlord in connection with such lien will be deemed Rent under this Lease and will immediately be due and payable by Resident.

**46.    THIRD PARTY DISCLOSURE.** Unless required by law, Landlord shall not be obligated to provide any party with information with respect to this Lease or the Residence other than the undersigned Resident or such Resident's permitted assignee or sublessee pursuant to this Lease. Landlord may, at its discretion, provide information regarding this Lease to law enforcement or any government agency.

**47.    WAIVER.** No failure of Landlord to enforce any term of this Lease will be deemed a waiver of that term or of any other provision of this Lease, nor will any acceptance of a partial payment of Rent be deemed a waiver of Landlord's right to the full amount of Rent owed. Landlord's not enforcing or belatedly enforcing written notice requirements, rental due dates, liens, or other rights shall not be considered a waiver under any circumstances. Landlord's representatives (including personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose any obligations on Landlord unless in writing.

**48.    CONSENT.** Except as otherwise stated in this Lease, in all instances where Landlord's permission, consent or approval is required hereby, or where Landlord is entitled to use its discretion or exercise its judgment, Landlord shall be entitled to grant or withhold such consent, or approval, and to exercise its discretion, in Landlord's sole, absolute, and unfettered discretion.

**49.    TIME OF THE ESSENCE.** Resident acknowledges and agrees that time is of the essence in all provisions of this Lease and all addenda hereto.

**50.    GUARANTY.** If Resident is approved for occupancy of the Residence on condition of securing a guarantor for Resident's obligations under this Lease, Resident shall cause such guarantor to execute a separate guaranty agreement under which guarantor will guarantee the obligations of Resident for the Lease Term. Resident acknowledges and agrees that, if a guarantor is required, this Lease shall not be effective until Landlord has received a signed lease guaranty and has approved the guarantor thereunder.

**51.    ATTORNEYS' FEES.** In any legal action brought by either party to enforce the terms of this Lease, the prevailing party is entitled costs incurred in connection with such action, including reasonable attorneys' fees, expenses, and other costs of collection; provided, however, that such amount shall not exceed Five Hundred Dollars ($500).

**52.    INTERPRETATION.** The terms "includes" or "including" shall be construed as if followed by

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741

the words "without limitation."

**53.     ADDITIONAL TERMS.**     Landlord and Resident agree and warrant that there are no oral promises, conditions, representations, understandings, interpretations, or terms of any kind as conditions or inducements to the execution hereof or in effect between the parties that are not also in this Lease.

**54.     COMPLETE AGREEMENT.**  This Lease and the attachments and addenda referred to above represent the entire agreement between the parties hereto.  No amendment to or modification of this Lease or any attachment or addenda hereto shall be valid unless written and executed by Landlord and Resident.  Landlord and Resident agree that the transaction contemplated by this Lease or any related transaction between the parties may be conducted by electronic/digital signatures in accordance with the Uniform Electronic Transactions Act.  Notwithstanding the foregoing, Resident may at any time request a physical (non-electronic) copy of this Lease.

**55.     ⚠ PROPOSITION 65 WARNING: BUILDING MATERIALS AT THE PREMISES CAN EXPOSE YOU TO CHEMICALS, INCLUDING FORMALDEHYDE IN SOME INSULATION, COMPOSITE-WOOD CABINETRY AND WALL AND FLOORING MATERIALS; CRYSTALLINE SILICA IN CERTAIN PAINTS AND PAINTED SURFACES; LEAD FROM IMPORTED PRE-1997 VINYL MINI-BLINDS, PLUMBING MATERIALS OR PAINT CHIPS IN OLDER PROPERTIES; ASBESTOS IN CEILING MATERIALS, IF DISTURBED, IN OLDER PROPERTIES; AND SOME PESTICIDES FOR INDOOR OR OUTDOOR USE THAT ARE ON THE PROP 65 LIST.  FIREPLACES OR UNVENTED GAS SPACE HEATERS CAN EXPOSE YOU TO CARBON MONOXIDE.  THESE CHEMICALS ARE KNOWN TO THE STATE OF CALIFORNIA TO CAUSE CANCER AND BIRTH DEFECTS OR OTHER REPRODUCTIVE HARM. FOR ADDITIONAL INFORMATION GO TO** www.P65Warnings.ca.gov.

**56.     AGENCY AND LICENSEE DISCLOSURE.**  Resident agrees and understands that Invitation Homes and any other agents or representatives of Landlord are licensed real estate brokers or sales persons and that they are not acting as Resident's agent in this transaction and are acting exclusively for Landlord's own benefit.  Resident agrees to hold Landlord free from all liability regarding the Residence and transaction arising from any claim of agency.

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes.  All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741F

**57.     ATTACHMENTS AND ADDENDA TO THE LEASE.** Resident certifies that he/she has received a copy of this Lease and the following attachments and addenda, and understands that these attachments and addenda are incorporated into and form a part of this Lease:

| | | |
|---|---|---|
| 1. | ☒ | Rules and Regulations |
| 2. | ☒ | Utilities Addendum |
| 3. | ☒ | Lead-Based Paint and/or Lead-Based Hazards Disclosure |
| 4. | ☒ | Bed Bug Addendum |
| 5. | ☒ | Mold Addendum |
| 6. | ☒ | Insurance Addendum |
| 7. | ☒ | Landscape Maintenance Addendum |
| 8. | ☒ | Lease Buy-Out Addendum |
| 9. | ☒ | Swimming Pool Addendum *(if applicable)* |
| 10. | ☐ | Animal Addendum *(if applicable)* |
| 11. | ☐ | Rent Concession Addendum *(if applicable)* |
| 12. | ☐ | Smart Home Addendum *(if applicable)* |

The undersigned Residents further acknowledge receipt of the **"Protect Your Family From Lead In Your Home"** booklet provided by the USEPA and available on the EPA's website at:


THIS IS A LEGALLY BINDING CONTRACT. RESIDENT ACKNOWLEDGES THAT RESIDENT HAS HAD AN ADEQUATE OPPORTUNITY TO READ AND STUDY THIS LEASE AND TO CONSULT WITH LEGAL COUNSEL IF RESIDENT HAS SO DESIRED.


[Signatures on Following Page]

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741

**Resident specifically acknowledges that pursuant to Section 3.1, the Lease Term will automatically renew on a month-to-month basis unless (a) Resident or Landlord provides advance written notice of termination in compliance with Section 3.2, or (b) Landlord and Resident agree otherwise in writing.**

**RESIDENT:**

Signature: *Solange Rutledge*
Name: Solange Rutledge

Signature: *Phillip Cooley*
Name: Phillip Cooley

Signature: *Richard Brown*
Name: Richard Brown

Signature: _____
Name: _____

Signature: _____
Name: _____

Signature: _____
Name: _____

**Landlord agrees to rent the Residence on the above terms and conditions.**

**LANDLORD:**

2017-2 IH Borrower LP

By: _____
        Charles Young
        Chief Operating Officer



_____
**Reviewed By**

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415F

# RULES AND REGULATIONS

1.    **FURNITURE.** Resident will not bring any water-containing furniture into the Residence without Landlord's prior written consent and without first providing to Landlord written proof of insurance from a state-approved insurance company providing coverage for personal injury and/or property damage arising from the presence and/or use of such water-containing furniture.

2.    **WALLS AND WOODWORK.** Resident shall be responsible for any damage caused by nails or adhesives of any kind and will restore the doors, woodwork, or walls of the Residence to the same condition as originally rented by Resident.

3.    **LOCKS.** Resident will not change the locks on the doors of the Residence or install additional locks, chains, or other fasteners without the prior written consent of Landlord. Upon termination of the tenancy, all keys to the Residence must be returned to Landlord. If Resident fails to comply with this rule, Resident shall pay Landlord $75 for reimbursement of the cost of changing or re-keying the locks.

4.    **FIRE RISK.** Resident will not use or store at the Residence any flammable liquids and fuels or other materials that are combustible or could increase the risk of fire. Resident shall not leave burning candles unattended, leave food cooking on the stove, or in the oven unattended.

5.    **KEROSENE, SPACE OR PORTABLE HEATERS.** Resident will not store, install, or operate, in or about the Residence, any electric space or portable heaters or any heater fueled by kerosene, oil, or any other fluid. The use of any such heaters is strictly prohibited!

6.    **FIREPLACES.** Wood may be burned in wood-burning fireplaces in the Residence only if approved in advance by Landlord in writing. No artificial substances, such as Duraflame® logs, are permitted. Ashes must be disposed of in metal containers, after ensuring the ashes are cold. Resident will comply with any "no burn days" declared by local government authorities.

7.    **GRILLS AND BARBEQUES.** Grills, barbeques, and any other outdoor cooking or open flame devices shall only be used outside of the Residence on the ground level and shall be placed a minimum of ten (10) feet from any building or structure. Such devices shall not be used close to combustible materials, tall grass or weeds, on exterior walls or roofs, indoors, on balconies or patios, or in other locations vulnerable to fire. All coals or wood ash should be allowed to cool for 48 hours prior to disposal. Once coals or ash have cooled completely, they should be wrapped in aluminum foil and placed in a noncombustible trash bin. DO NOT PLACE HOT CHARCOAL IN A TRASH BIN!

8.    **WINDOW SILLS.** Resident will not place anything on the outer edges of the sills of windows.

9.    **STORAGE AND PLAY EQUIPMENT.** Resident will not install or erect any permanent or portable swimming or wading pools, playground equipment, storage sheds, or other facilities anywhere at the Residence without Landlord's prior written consent.

10.    **LOUD DISTURBANCES / QUIET ENJOYMENT OF RESIDENCE:** Resident will not disturb the peace and quiet enjoyment of any surrounding property by disruptive behavior on or near the Residence. Loud music or any other disturbance that can be heard two feet away from a closed door or ten feet away from an open window or door will not be tolerated at any time. The use of fireworks is strictly prohibited.

11.    **GARBAGE AND RUBBISH.** Resident will place Resident's garbage and rubbish for disposal as directed by Landlord, any HOA, or municipality. Resident shall keep the entire Residence in a good state of preservation and cleanliness. Allowing trash and debris to accumulate is a material breach of this Lease. Resident is responsible for removal of trash and debris accumulating at the Residence; allowing trash and debris to accumulate is a material breach of this Lease. Resident agrees to pay, as additional

California_ Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415'

Rent, any reasonable fees and fines incurred due to Resident's failure to properly store containers or dispose of trash.

12.     **CONDITION OF RESIDENCE.** Resident will keep balconies and patios free of all personal belongings and trash receptacles, except that Resident may maintain lawn furniture thereon, provided the same is maintained in a neat and orderly manner.

13.     **DISPOSAL OF GREASE, ETC.** Resident will dispose of grease or other drain-blocking material or waste in a sealed container (e.g. glass jar) and throw it away as rubbish. Resident shall not dispose of grease or other drain-blocking material or waste in the plumbing, drains, or disposal systems at the Residence, and if Resident causes any such blockage, Resident shall reimburse Landlord for all resulting costs of repair or replacement.

14.     **HEATING OF RESIDENCE.** Resident will keep the thermostat at the Residence to a minimum temperature of 55 degrees Fahrenheit during cold weather. Resident will not use the stove or other appliances for heating. Resident shall reimburse Landlord for all costs incurred by Landlord in repairing or replacing frozen pipes serving the Residence.

15.     **MISCELLANEOUS.** Resident will keep any sidewalks, steps, and driveway clear of ice and snow. Landlord does not supply, repair, replace, or install storm doors, storm windows, screen doors, window screens or shades, fuses, light bulbs, batteries, furnace filters, laundry wash trays, janitor service, garbage collection, or any items or services not specifically listed as supplied in the Lease.

16.     **SMOKE DETECTOR TESTING.** If Landlord has installed smoke detector(s) or carbon monoxide detector(s) in the Residence, it is Resident's responsibility to test them on a regular basis, keep them in good operating condition, and change batteries as necessary. Resident must immediately notify Landlord, in writing, of any problem, malfunction, or damage in either a smoke alarm or carbon monoxide detector. Resident shall also supply and maintain fire extinguisher(s).

17.     **PARKING.** Parking is only permitted in the driveway, garage, or designated spaces of the Residence. The driveway, garage, and/or parking spaces are to be used for parking properly licensed and operable motor vehicles, except as otherwise prohibited by Applicable Law or homeowner's association. Vehicles leaking oil, gas, or other motor vehicle fluids must not be parked on the Residence. Mechanical work or storage of inoperable vehicles is not permitted on the Residence. Resident is responsible for making sure that all Resident Parties park in the appropriate parking areas. If any vehicles are parked in non-parking areas, such as grass, sidewalks, or in front of mailboxes, or in the neighbors' yards, then the vehicle may be towed at Resident's expense.

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415^

# UTILITIES ADDENDUM

This Utilities Addendum ("**Addendum**") dated 7/15/2019_____, is part of that certain lease dated 7/15/2019_____ (the "**Lease**"), by and between ___2017-2 IH Borrower LP_____("**Landlord**") and the undersigned residents as ("**Resident**"). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease.

1.   **UTILITY BILLING AGENT.** Landlord has contracted directly with a utility billing agent ("**Utility Billing Agent**") to provide utility administrative services, including, but not limited to, utility connections/disconnections and billing services. The Utility Billing Agent shall bill Resident the Utility Fees as defined hereunder, which Utility Fees are subject to change upon thirty (30) days' written notice from Landlord or Utility Billing Agent to Resident.

2.   **GAS AND ELECTRIC CHARGES.** Resident must place all gas and electric utilities and services in Resident's name as of the Commencement Date. Resident will be required to show written proof that the utilities for electricity and gas services have been transferred and are in the name of Resident as of the Commencement Date. Resident must pay all costs for the conversion from existing gas and electric utilities' service providers. In the event that Resident fails to place service in its name with the gas and electric providers as of the date of the Commencement Date (or allows the accounts to be placed in the name of the Landlord during the Lease Term), the Utility Billing Agent shall bill Resident for the estimate of Resident's gas and electric charges during that period plus an administrative fee of $25 per utility provider invoice. Notwithstanding anything to the contrary in this Section, should Applicable Law prohibit Resident from placing gas and/or electric utilities and services in Resident's name, the administrative fee shall not be charged.

3.   **WATER, SEWER, AND TRASH CHARGES.** Landlord shall contract directly with the water, sewer, and trash utility service providers providing utilities or services to the Residence. The Utility Billing Agent shall invoice Resident and Resident shall pay monthly for the water, sewer, trash, and all other charges on the relevant provider bills ("**Monthly Utility Charges**") plus a monthly administrative fee of $9.95. Resident shall also pay a move-in fee or move-out fee, at Landlord's sole discretion, of $25. The fees being referred to in this and the preceding paragraph shall be considered the "Utility Fees" and shall be paid within fifteen (15) days of Resident's receipt of the invoice from the Utility Billing Agent.

4.   The Monthly Utility Charges and Utility Fees will be deemed additional "Rent" under this Lease so that Resident's failure to pay the Monthly Utility Charges and Utility Fees when due or failure to place and continuously maintain utilities and services in Resident's name, if applicable, will constitute an Event of Default.

5.   In the event of any conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall control.

[Signature Page Follows]

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741F

**RESIDENT:**

Signature: _Solange Rutledge_
Name: Solange Rutledge

Signature: _Phillip Cooley_
Name: Phillip Cooley

Signature: _Richard Brown_
Name: Richard Brown

Signature:
Name: _____

Signature:
Name: _____

Signature:
Name: _____


**LANDLORD:**

2017-2 IH Borrower LP


By: _Charles Young_
    Charles Young
    Chief Operating Officer

California_Lease_2018UNLv.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415F

## PRE-1978 HOUSING RENTAL AND LEASES DISCLOSURE OF INFORMATION
## LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS

**Lead Warning Statement**

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

**Lessor's Disclosure**

(a)     Presence of lead-based paint and/or lead-based paint hazards (check one below):

      [ ]     Known lead-based paint and/or lead-based paint hazards are present in the housing (explain):

      _____

      _____

      [X]     Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b)     Records and Reports available to the Lessor (check one below):

      [ ]     Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based hazards in the housing (list documents below):

      _____

      _____

      [X]     Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Resident's Acknowledgment**

(c) The undersigned Residents acknowledge they have received copies of all information listed above.

(d) The undersigned Residents acknowledge they have received the pamphlet *Protect Your Family From Lead in Your Home.*

**Agent's Acknowledgment** (*initial*)

(e) ___*CJ*___     Manager has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of its responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify to the best of their knowledge, that the information they have provided is true and accurate.

*(Signatures on page following)*

California_ Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA42741F...

**RESIDENT:**

Signature: *Solange Rutledge*
Name: Solange Rutledge

Signature: *Phillip Cooley*
Name: Phillip Cooley

Signature: *Richard Brown*
Name: Richard Brown

Signature: _____
Name: _____

Signature: _____
Name: _____

Signature: _____
Name: _____

**LANDLORD:**

2017-2 IH Borrower LP

By: _____

Charles Young
Chief Operating Officer

California_Lease_2018UNLv.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415P

# BED BUG ADDENDUM

This bed bug addendum ("**Addendum**") dated 7/15/2019_____, is part of that certain lease dated 7/15/2019_____, (the "**Lease**"), by and between _2017-2 IH Borrower LP_____ ("**Landlord**") and the undersigned residents as ("**Resident**"). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease. This Addendum sets forth the agreement of Resident and Landlord for prevention of bed bugs at the Residence. As used herein, the terms "you" or "your" refer to all individuals listed as Resident under the Lease.

1.   **PURPOSE.** This Addendum modifies the Lease and addresses situations related to bed bugs (*cimex lectularius*) which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum.

2.   **INSPECTION.** You agree that you will inspect the dwelling within 48 hours after move-in/renewal and notify Landlord of any bed bugs or bed bug infestation. Landlord has no knowledge of any bed bug infestation or presence in the Residence.

3.   **INFESTATIONS.** You agree that you have read the information in this Addendum about bed bugs and you agree that if you previously lived anywhere that had a bed bug infestation that all your personal property (including furniture, clothing, and other belongings) has been treated by a licensed pest control professional. You agree that such items are free of further infestation. If you disclose a previous experience of bed bug infestation, we can require documentation of the treatment and inspect your personal property and possessions to confirm the absence of bed bugs. You agree to provide documentation of any previous bed bug infestation which you may have experienced.

4.   **ACCESS FOR INSPECTION AND PEST TREATMENT.** You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building, and common areas for bed bugs. You are responsible for and must, at your own expense, have your own personal property, furniture, clothing, and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default of the Lease and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease. You agree not to treat the dwelling for a bed bug infestation on your own.

5.   **NOTIFICATION.** You must promptly notify us:

- Of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture, or personal property.

- If you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

6.   **COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not

California_ Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415°

**Bed Bugs Don't Discriminate.**
Bed bugs' increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs' presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

**Bed Bugs Don't Transmit Disease.**
There exists no scientific evidence that bed bugs carry disease. In fact, federal agencies tasked with addressing pests of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease-carrying pests. Claims associating bed bugs with disease are false.

**Preventing Bed Bug Encounters When Traveling.**
Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

**Bed Bug Do's and Don'ts.**
- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture.
- **Do address bed bug sightings immediately.** Residents who suspect the presence of bed bugs in their property must immediately notify the Landlord.
- **Do not attempt to treat bed bug infestations.** Under no circumstances should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your property is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both the Landlord and their designated pest management company.

**Controlling Provisions.** In the event of any conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall control.

[Signatures on Following Page]

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415

**RESIDENT:**

Signature: _Solange Rutledge_
Name: __Solange Rutledge__

Signature: _Phillip Cooley_
Name: __Phillip Cooley__

Signature: _Richard Brown_
Name: __Richard Brown__

Signature:
Name: _____

Signature:
Name: _____

Signature:
Name: _____

**LANDLORD:**

__2017-2 IH Borrower LP__

By: _Charles Young_

Charles Young
Chief Operating Officer

California_ Lease_2018UNLv.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264583-37B0-49CA-A6BE-A70EA4274156

# MOLD PREVENTION AND INFORMATION ADDENDUM

This Mold Information and Prevention Addendum (**"Addendum"**) dated 7/15/2019 , is part of that certain lease dated 7/15/2019 , (the **"Lease"**), by and between 2017-2 IH Borrower LP ("**Landlord**") and the undersigned residents as (**"Resident"**). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease. This Addendum sets forth the agreement of Resident and Landlord for the management of mold growth at the Residence.

1.    **NATURE OF MOLD GROWTH.** Mold is a type of fungi which occurs naturally in the environment and is necessary for the natural decomposition of plant and other organic material. It spreads by means of sharing in microscopic spores borne on the wind and is found everywhere life can be supported. Most people are familiar with mold growth in the form of bread mold and mold that may grow on bathroom tile. Residential home construction is not, and cannot be, designed to exclude mold spores. If the growing conditions are right, mold can grow in the Residence. In order to grow, mold requires a food source. This might be supplied by items found in the home, such as fabric, carpet, or even wallpaper, or by building materials, such as drywall, wood, and insulation, to name a few. Also, mold growth requires a temperate climate. The best growth occurs at temperatures between 40ºF and 100ºF. Most importantly, mold growth requires moisture.

2.    **MOISTURE AND MOLD GROWTH.** Moisture availability is the only mold growth factor that can be controlled in a residential setting. By minimizing moisture, Resident can reduce or eliminate mold growth. Moisture in the home can have many causes. Spills, leaks, overflows, condensation, and high humidity are common sources of home moisture. Good housekeeping and home maintenance practices are essential in the effort to prevent or eliminate mold growth. If moisture is allowed to remain on the growth medium, mold can develop within 24 to 48 hours. And if moisture sources are not removed or addressed, mold will continue to grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for persons with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken, as mold may be linked with adverse health effects in susceptible persons. While there are no specific mold cleanup levels or established numerical abatement standards for mold remediation, the most effective remedy for mold is to remove the source of excess water or continuing moisture intrusion.

3.    **STEPS TO REDUCE MOLD GROWTH.** Mold growth depends largely on how Resident maintains the Residence. Resident shall act to prevent conditions which cause mold or moisture build-up, and minimize any effects that may be caused by mold growth, including the following:
   a.   Before bringing items into the Residence, check for signs of mold on the items. For example, potted plants (roots and soil), furnishings, or stored clothing and bedding material, as well as many other household goods, could already contain mold growth.
   b.   Regular vacuuming and cleaning will help reduce mold levels. Mild bleach solutions and most tile cleaners are effective in eliminating or preventing mold growth if used in accordance with the manufacturer's recommendations.
   c.   Keep the humidity in the Residence low. Vent clothes dryers to the outdoors. Ventilate kitchens and bathrooms by opening the windows, by using exhaust fans, or by running the air conditioning to remove excess moisture in the air and to facilitate evaporation of water from wet surfaces.
   d.   Promptly clean up spills, condensation, and other sources of moisture. Thoroughly dry any wet surfaces or material. Do not let water pool or stand in your home.
   e.   Inspect for leaks on a regular basis. Look for discolorations or wet spots. Empty water from condensation pans (refrigerators and air conditioners). Take notice of musty odors and any visible signs of mold. Promptly notify Landlord of any visible or apparent leaks.

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary - ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415F

f.  Should mold develop, thoroughly clean the affected area. First, test to see if the affected material or surface is color safe. Porous materials, such as fabric, upholstery, or carpet should be discarded. Should the mold growth be substantial, contact Landlord for further direction on the use of services from a qualified mold abatement professional.

4.    **ADDITIONAL INFORMATION AND RESOURCES.** The U.S. EPA provides information and resources regarding excess water, moisture intrusion, and mold:                                    . The U.S. Centers for Disease Control and Prevention also provide details about mold growth and human health:                                    .

5.    **DUTIES OF RESIDENT.** Resident agrees to assume responsibility for following the recommendations set forth in this Addendum. It is the responsibility of Resident to reduce or eliminate the occurrence of mold growth in the home. Resident's failure to take preventative actions may reduce or preclude Landlord's responsibility for water damage or water intrusion. If there is any water damage or water intrusion to the Residence, Resident shall take prompt action to prevent conditions which cause mold growth to develop. Resident shall immediately notify Landlord of water intrusion and allow Landlord the opportunity to inspect the problem. Failure to notify Landlord of water intrusion or water damage and/or the failure of Resident to allow Landlord access to the Residence for the purpose of inspection, evaluation, and/or corrective action shall be an affirmative defense to any claims by Resident arising from water damage or water intrusion.

6.    **LIMITATIONS ON LANDLORD LIABILITY.** Resident acknowledges and agrees that Landlord shall not be liable for any claims with respect to the presence and/or existence of molds, mildew, and/or microscopic spores unless caused by the sole gross negligence or willful misconduct of Landlord. To the extent Landlord may be liable, if at all, Resident, on behalf of itself and any Resident Parties, hereby indemnifies Landlord and Landlord's officers, directors, partners, members, affiliates, successors, and assigns from and against any and all Claims for property damage, injury, or death resulting from the exposure to microscopic spores, mold, fungi, and/or mildew and from any loss of resale value due to the presence and/or existence of mold, mildew, and/or microscopic spores; provided, however, that in no event is Resident indemnifying Landlord as a result of the presence and/or existence of mold, mildew, and/or microscopic spores if caused by the sole gross negligence or willful misconduct of Landlord.

7.    **CONTROLLING PROVISIONS.** In the event of any conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall control.

[Signatures on Following Page]

California_ Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA427415P

**RESIDENT:**

Signature: *Solange Rutledge*
Name: Solange Rutledge

Signature: *Phillip Cooley*
Name: Phillip Cooley

Signature: *Richard Brown*
Name: Richard Brown

Signature:
Name: _____

Signature:
Name: _____

Signature:
Name: _____

**LANDLORD:**

2017-2 IH Borrower LP

By: _____

Charles Young
Chief Operating Officer

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21284563-37B0-49CA-A6BE-A70EA4274156

## INSURANCE ADDENDUM
### (Insurance Required by Resident)

This Insurance Addendum ("**Addendum**") dated 7/15/2019 , is part of that certain lease dated 7/15/2019 , (the "**Lease**"), by and between 2017-2 IH Borrower LP ("**Landlord**") and the undersigned residents as ("**Resident**"). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease.

1. **NO LANDLORD LIABILITY.** Landlord shall not be liable for personal injury or for damage to or loss of Resident's personal property (furniture, jewelry, clothing, etc.) from fire, flood, water leaks, rain, hail, ice, snow, smoke, explosions, interruption of utilities, theft, acts of God, or any other event whatsoever except the gross negligence or willful misconduct of Landlord. Resident understands that Landlord's insurance for these risks does not cover Resident, any of Resident's personal property, or any family members, guests, or invitees or their personal property, and that Resident and its family members, guests, and invitees are not considered a co-insured of the Landlord.

2. **PERSONAL LIABILITY INSURANCE.** Resident agrees to maintain, at Resident's sole cost and expense, during the Lease Term and any subsequent renewal periods, a policy of personal liability insurance, which provides coverage to third parties in the amount not less than $100,000 per occurrence. Landlord shall be named as an interested party on such policy. Resident understands that such liability insurance does not protect against loss or damage to personal property or belongings.

3. **DOG BITE LIABILITY INSURANCE.** If Landlord authorizes Resident to keep a dog at the Residence, Resident's personal liability insurance shall be required to include $10,000 in dog bite liability coverage in a form acceptable to Landlord. Resident may be required to purchase and maintain dog bite liability insurance, in addition to the personal liability insurance required under this Addendum. If applicable, see the Animal Addendum for more information.

4. **LOSSES AND DAMAGES TO PROPERTY.** Resident is solely responsible for any damage or loss to the personal property (furniture, jewelry, clothing, etc.) of Resident and its family members, guests, and invitees and their personal property from fire, flood, water leaks, rain, hail, ice, snow, smoke, explosions, interruption of utilities, theft, acts of God, or any other event whatsoever except the gross negligence or willful misconduct of Landlord, and for obtaining insurance against these risks.

5. **INSURANCE PROGRAM.** Resident acknowledges that Landlord has made available to Resident a program (the "**Program**") providing an opportunity to purchase policies of renter's insurance or personal liability insurance directly from Resident Shield. You may access this Program at ***www.residentshield.com*** or by calling **(800) 566-1186**. However, Resident is under no obligation to purchase renter's insurance or personal liability insurance through this Program.

6. **GROUP INSURANCE.** To satisfy the personal liability insurance requirements of the Lease and this Addendum, Resident may, but is not obligated to, participate in a group insurance program that may be made available by Landlord from time to time ("**Group Insurance**"), the terms and conditions of which shall be provided to Resident separately. Resident shall pay, as Additional Rent, the monthly charges for such Group Insurance for all periods that Resident is enrolled in Group Insurance. Resident's participation in Group Insurance and timely payment of the monthly Group

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary - ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

Insurance charges shall constitute satisfactory evidence of insurance.

7.     **PROOF OF INSURANCE; NOTICE OF LAPSE IN COVERAGE; NOTICE OF CANCELLATION OF COVERAGE; FAILURE TO INSURE.**   Prior to receiving possession of the Residence, Resident must provide proof that Resident has obtained $100,000 personal liability coverage as described in Section 2.   Resident shall also provide proof that it is maintaining this insurance from time to time thereafter upon Landlord's reasonable request.   If Resident fails to provide proof of insurance prior to move-in, or fails to maintain insurance as required herein, Landlord may, but shall not be required to, obtain insurance on behalf of Resident (as Resident's agent), to the extent permitted by the laws of the jurisdiction in which the Residence is located, the cost of which plus a reasonable administrative charge will be due and payable along with Resident's monthly Rent.   Notwithstanding the above, Resident's failure to provide proof of the required insurance will constitute an Event of Default under the Lease.

Proof of insurance, any notice of lapse in coverage or notice of cancellation of coverage, whether obtained through Resident Shield or another insurance carrier, agent or broker, must be forwarded via email to:

8.     **CONTROLLING PROVISIONS.**   In the event of any conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall control.

**RESIDENT:**

Signature: _Solange Rutledge_
Name: Solange Rutledge

Signature: _Phillip Cooley_
Name: Phillip Cooley

Signature: _Richard Brown_
Name: Richard Brown

Signature: _____
Name: _____

Signature: _____
Name: _____

Signature: _____
Name: _____

**LANDLORD:**

2017-2 IH Borrower LP

By: _____

Charles Young
Chief Operating Officer

California_Lease_2018UNLv.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes.  All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

## LANDSCAPING ADDENDUM

This Landscaping Addendum ("**Addendum**") dated 7/15/2019, is part of that certain lease dated 7/15/2019_____, (the "**Lease**"), by and between 2017-2 IH Borrower LP_____ ("**Landlord**") and the undersigned residents as ("**Resident**"). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease.

Resident hereby agrees and acknowledges that he/she will maintain the yard area and related landscape located at the Residence during the Lease Term (collectively, "Landscape Maintenance"). The Landscape Maintenance shall be performed by Resident in strict conformance with and pursuant to the following standards:

1.   **LAWN WATERING.**  Resident must sufficiently water all lawn and grass areas as needed to keep the lawn green.  To minimize evaporation and promote deeper saturation, the recommended watering time is early in the morning. Watering times and duration may need to be adjusted to accommodate different types of sprinklers and climates. Note: Any watering schedules may also need to be adjusted to comply with local watering restrictions.

2.   **LAWN MAINTENANCE.**  Resident must perform all mowing and edging.  The lawn should be mowed weekly during the spring and summer and as needed in the fall and winter. Resident should edge around the driveway, sidewalks, and planter areas at the same time the lawn is mowed. All debris and grass clippings must be blown off or swept clean from the driveway and surrounding yard and placed in the trash or a green recycling/compost bin.

3.   **PLANT WATERING AND MAINTENANCE.**  Resident must sufficiently water all planted areas as needed to keep plants green and growing and remove weeds. To minimize evaporation and promote deeper saturation, the best watering time is early morning. Watering times and duration may need to be adjusted to accommodate different types of sprinklers, climates, and seasonal changes.

4.   **IRRIGATION SYSTEMS.**  Resident's Residence may be equipped with an automatic sprinkler system and timer that can be set to water at the appropriate time and frequency.  Please be aware of warning signs that your sprinkler system might need adjustment. Inspect the lawn and plants bi-weekly for mildew or excessive yellow coloration. These can be signs that the system timer is incorrect or malfunctioning.

5.   **BASIC MAINTENANCE.**  Resident should check the irrigation system regularly to ensure that it is working properly.  Resident must replace any damaged or broken sprinkler heads, mini sprayers, or drip lines and/or accessories with parts of "like kind".  In colder climates, Resident shall be responsible for regular snow and ice removal.

6.   **TREES, SHRUBS, AND HEDGES.**  Resident must trim or prune all trees, shrubs, and hedges as needed and necessary to prevent excessive or unkempt growth. In the event the Residence is at the corner of intersecting streets, Resident must keep all hedges or shrubs trimmed to a height that does not obstruct or obscure traffic visibility across the Residence. Any fallen tree branches or debris shall be removed by Resident in a timely manner. Resident must comply with all state laws, county, township, and municipal ordinances, as well as all homeowner's association rules and regulations with respect to Landscape Maintenance.

7.   **PERIODIC INSPECTIONS.**  Landlord shall have the right to conduct exterior inspections of the Landscape Maintenance. Residents whose Landscape Maintenance is not consistent with the guidelines set forth in this Addendum will be in default of the Lease if maintenance is not remediated as set forth in the Lease.

California_ Lease_2018IJNL.v.1.03.1

Confidential and Proprietary ~ ©2014 Invitation Homes. All Rights Reserved.



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

8.   **PROFESSIONAL LANDSCAPING SERVICES.**   Notwithstanding anything to the contrary in the Lease, Landlord may provide or require professional landscaping services at the Residence, including but not limited to, maintenance of the garden, landscaping, trees, shrubs, and grass, weed control, and proper disposal of all clippings and waste (the "**Landscaping Services**") in the following circumstances and subject to the following terms and conditions:

a.   Resident may request on or before the Commencement Date of the Lease, or during the Lease Term, that Landlord assume responsibility for Landscaping Services at the Residence. If Resident desires Landlord to assume responsibility for Landscaping Services during the Lease Term, Resident shall deliver such request in writing to Landlord. Landlord shall not be obligated to accept such request; if Landlord accepts such request, then Landlord's provision of Landscaping Services will begin the first day of the first full month following such written request and will continue until the expiration of the Lease Term.

b.   If Resident, in Landlord's sole determination, fails to comply with its obligations under the Lease with respect to Landscaping Maintenance at the Residence, Landlord shall have the right (but not the obligation) to assume such obligations of Resident upon notice to Resident of such intent, for the remainder of the Lease Term.

c.   If an HOA requires Resident to maintain a professional lawn maintenance agreement, Resident shall obtain and maintain, at Resident's expense, a Landscaping Services contract for the entire duration of the lease term. Resident shall provide Landlord with a copy of the Landscaping Services contract.

9.   **PAYMENT.** If Landlord assumes Resident's obligations with respect to Landscaping Services, Resident shall pay, at the time and place and in the same manner as Resident pays Rent and all other amounts due under the Lease, an additional monthly fee in an amount determined by Landlord (the "**Landscaping Fee**"). Resident's failure to timely pay the Landscaping Fee shall be considered a default under the Lease and shall entitle Landlord to all remedies available to Landlord thereunder.

10.   **CONTROLLING PROVISIONS.** In the event of any conflict between the terms of this Addendum and the Lease, the terms of this Addendum shall control.

**RESIDENT:**

Signature: Solange Rutledge
Name: Solange Rutledge

Signature: Phillip Cooley
Name: Phillip Cooley

Signature: Richard Brown
Name: Richard Brown

Signature: _____
Name: _____

Signature: _____
Name: _____

Signature: _____
Name: _____

**LANDLORD:**

2017-2 IH Borrower LP

By: _____

Charles Young
Chief Operating Officer

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.



## LEASE BUY-OUT ADDENDUM

This Lease Buy-Out Addendum ("**Addendum**") dated 7/15/2019 is part of that certain lease dated 7/15/2019   , (the "**Lease**"), by and between  2017-2 IH Borrower LP  ("**Landlord**") and the undersigned residents as ("**Resident**").  Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease.

This Addendum sets forth the agreement of Resident and Landlord in the event that Resident decides to move out of the Residence at any time prior to the end of the Lease term as stated in the Lease.

1.      **BUY-OUT OPTION.**  After at least sixty (60) days of full compliance with the terms of this Lease, as long as Resident is not in default of the Lease either at the time Resident desires to terminate the Lease or when the Lease will be terminated, Resident shall have the option of terminating the Lease by complying with all of the following procedures:

    a.  At least thirty (30) days prior to the date Resident desires to terminate the Lease, Resident shall provide written notice to Landlord ("Notice"), stating Resident's desire to exercise Resident's buy-out option and the date of proposed termination (the "Termination Date"); and

    b.  With the Notice, Resident shall deliver to Landlord a payment, by cashier's check or electronic money order, in the amount of: (i) Rent due under the Lease through the Termination Date; (ii) a cancellation fee equal to two months' Rent; and (iii) repayment of move-in or special concessions received by Resident at the commencement of the Lease or during the term of the Lease, if any (such amount shall be collectively referred to herein as the "Buy-Out Payment"); and

    c.  Resident shall also execute, no later than ten (10) days from the date of providing the Notice, a Termination of Lease Agreement (the "Termination Agreement") on Landlord's form and submit the Termination Agreement to Landlord; and

    d.  Resident shall vacate the Residence on or before the Termination Date.

2.      **NATURE OF BUY-OUT PAYMENT.**  Resident acknowledges that: (i) the Buy-Out Payment is a buy-out fee which contemplates the various risks of the parties with respect to the early termination of the Lease; (ii) this buy-out option may be exercised by Resident, in Resident's sole discretion; and (iii) if Resident vacates the Residence prior to the expiration of the Lease without exercising Resident's buy-out option, Landlord shall have the right to declare Resident in default and be entitled to collect from Resident all appropriate damages as authorized by the Lease and applicable law. Notwithstanding the foregoing, in the event that Resident is in default of the Lease after Resident has executed the Termination Agreement, Landlord shall have the right, but not the obligation, to declare the Termination Agreement null and void and retain the Buy-Out Payment as an additional Security Deposit, subject to the terms of the Lease and applicable law.

3.      **USE OF SECURITY DEPOSIT.** Resident and Landlord agree that the Security Deposit paid by Resident under the Lease shall not be used to pay for the any portion of the Buy-out Payment. Instead, the Security Deposit shall be separately refunded or applied as provided in the Lease and applicable law.

4.      **RATIFICATION OF LEASE TERMS.** Except as modified by this Addendum, all terms and provisions of the Lease are hereby ratified by the parties and remain in full force and effect.

California_Lease_2018UNL.v.1.03.1



Confidential and Proprietary – ©2014 Invitation Homes.  All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156

**RESIDENT:**

Signature: Solange Rutledge
Name: Solange Rutledge

Signature: Phillip Cooley
Name: Phillip Cooley

Signature: Richard Brown
Name: Richard Brown

Signature: _____
Name: _____

Signature: _____
Name: _____

Signature: _____
Name: _____

**LANDLORD:**
2017-2 IH Borrower LP

By: _____

Charles Young
Chief Operating Officer

California_Lease_2018UNL.v.1.03.1

Confidential and Proprietary – ©2014 Invitation Homes. All Rights Reserved.

DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156



# Invitation

### SMART HOME ADDENDUM

This Smart Home Addendum and Agreement (**"Agreement"**) dated 7/15/2019 ___ is part of that certain lease dated 7/15/2019 ___ (the **"Lease"**), by and between ___2017-2 IH Borrower LP___ (**"Landlord"**) and the undersigned residents as (**"Resident"**). Capitalized terms not defined in this Addendum shall have the same meaning as in the Lease.

1.   **DESCRIPTION OF SERVICE.** The Smart Home System ("System") gives Resident remote and keyless access capability, remote HVAC control and remote monitoring capabilities via the online dashboard and mobile application (collectively, "the Service").

2.   **DECLINED SERVICE.** Resident hereby declines for Landlord to make available the Service via the Hardware (defined below) and System. Resident acknowledges that Resident will not have remote and keyless access capability, HVAC temperature scheduling, and remote HVAC control and monitoring capabilities.

3.   **ACKNOWLEDGEMENT OF HARDWARE.** Although Resident has elected to decline the Service, Resident acknowledges that Landlord has installed various hardware and other System components necessary to the operation, maintenance and functioning of System, including, but not limited to an electronic lock system, digital thermostat, network connectivity box and other wiring and fixtures ("the Hardware"). Resident agrees to maintain and keep in good care and condition all Hardware. Resident may not: (a) remove any Hardware; (b) disconnect any Hardware from any power source; or (c) interfere with the operation of any Hardware or any other System functionality. Resident acknowledges that all Hardware is and shall remain, during and after the term of the Lease, the sole property of Landlord, and Resident shall have no ownership thereof or right thereto except in connection with Resident's use of the Residence during the term of the Lease. Resident shall be solely responsible for the full cost of the Hardware should Resident damage, uninstall or interfere with the System, including all installation, service, and maintenance fees. Resident shall reimburse Landlord, immediately upon demand, for any amounts expended by Landlord in connection with Resident's default under this Section 3. Resident's failure to so reimburse Landlord within five (5) days of such demand shall constitute a default by Resident under the Lease, and Landlord shall thereafter be entitled to any and all remedies available to Landlord in connection with a Resident Default under the Lease.

4.   **NO LANDLORD LIABILITY.** Landlord shall not be liable to Resident for any claim whatsoever, including, but not limited to claims resulting from the failure or malfunction of the Hardware or the System, any inability to access the Residence or to use any other feature provided by the Service, or any invasion of privacy, intrusion upon seclusion or trespass claim related to the placement of the Hardware in the Residence or the monitoring, capture, storage and/or accidental dissemination of personal information or other data that may be stored by the System.

5.   **CONTROLLING PROVISIONS.** In the event of any conflict between the terms of this Agreement and the Lease, the terms of this Agreement shall control.

[Signatures on Following Page]

Smart_Home_Denial_Addendum_2018UNLv.1.03



DocuSign Envelope ID: 21264563-37B0-49CA-A6BE-A70EA4274156



# Invitation

**RESIDENT:**

Signature: _Solange Rutledge_
Name: Solange Rutledge

Signature: _Phillip Cooley_
Name: Phillip Cooley

Signature: _Richard Brown_
Name: Richard Brown

Signature:
Name: _____

Signature:
Name: _____

Signature:
Name: _____

**LANDLORD:**
2017-2 IH Borrower LP

By: _Charles Young_

Charles Young
Chief Operating Officer

Smart_Home_Denial_Addendum_2018UNL.v.1.03